# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-1689

_____

Charlie Lewis

*Plaintiff - Appellant*

v.

State of Minnesota; Hennepin County; District Attorney Office

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: December 12, 2019
Filed: December 17, 2019
[Unpublished]

_____

Before GRASZ, WOLLMAN, and KOBES, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Charlie Lewis appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action for deprivation of rights. Lewis claimed he was wrongfully convicted of sex offenses in state court. For reversal, Lewis argues that he is entitled to relief under Minnesota's Incarceration and Exoneration Remedies Act, Minn. Stat. §§ 590.11, 611.362-.368. This argument fails, because to state a claim under § 1983, a plaintiff must allege a violation of a right secured by the Constitution or a federal law. *See West v. Atkins*, 487 U.S. 42, 48 (1988). We therefore affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.